**MANNING CURTIS BRADSHAW**
**& BEDNAR PLLC**
Alan C. Bradshaw, #4801
Mitch M. Longson, #15661
201 South Main Street, Suite 750
Salt Lake City, UT 84111
Telephone: (801) 363-5678
abradshaw@mc2b.com
mlongson@mc2b.com

**HOGGAN LEE HUTCHINSON**
Trevor J. Lee, #16703
1225 Deer Valley Drive, Suite 201
Park City, UT 84060
Telephone: (435) 615-2264
trevor@hlhparkcity.com

**SOUTHERN UTAH WILDERNESS**
**ALLIANCE**
Stephen H.M. Bloch, #7813
Hanna Larsen, #18458
425 East 100 South
Salt Lake City, UT 84111
Telephone: (801) 486-3161
steve@suwa.org
hanna@suwa.org

**KIRKLAND & ELLIS LLP**
Jennie Morawetz (*Pro Hac Vice*)
655 Fifteenth Street NW
Washington, DC 2005
Telephone: (202) 879-5941
jennie.morawetz@kirkland.com

*Attorneys for Intervenor-Defendants Southern*
*Utah Wilderness Alliance, et al.*

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

---

| | |
|---|---|
| GARFIELD COUNTY (1) & (2), UTAH, a political subdivision, and STATE OF UTAH, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant, and <br><br> SOUTHERN UTAH WILDERNESS ALLIANCE, *et al.* <br><br> Intervenor-Defendants. | **NOTICE OF WITHDRAWAL OF COUNSEL (JENNIE MORAWETZ)** <br><br> Case No. 2:11-cv-01045-CW (consolidated with 2:12-cv-00478-CW <br><br> Judge: Honorable Clark Waddoups |

PLEASE TAKE NOTICE that, pursuant to DUCivR 83-1.4(b), attorney Jennie Morawetz

hereby notifies the Court and parties of her withdrawal as counsel of record for Intervenor-

Defendants Southern Utah Wilderness Alliance *et al.*, in the above-captioned matter, and requests to be removed from the CM/ECF service list.  Intervenor-Defendants continue to be represented in this case by Alan C. Bradshaw and Mitch M. Longson of the law firm Manning Curtis Bradshaw & Bednar PLLC and other attorneys on the caption, who are aware of any pending deadlines in the case.

DATED October 6, 2025.

MANNING CURTIS BRADSHAW
& BEDNAR PLLC


/s/ Mitch M. Longson
Alan C. Bradshaw
Mitch M. Longson

*Attorneys for Intervenor-Defendants*
*Southern Utah Wilderness Alliance, et al*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, the undersigned electronically transmitted the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL (JENNY MORAWETZ)** to the Clerk's Office for the United States District Court for the District of Utah using the District Court's CM/ECF System, which shall electronically serve a copy of the foregoing upon counsel of record for all parties in the above-entitled matter.

/s/ Lori Anderson