Kathy A.F. Davis (#4022)
K. Tess Davis (#15831)
Jason L. DeForest (#14628)
ASSISTANT ATTORNEYS GENERAL
Derek Brown (#10476)
UTAH ATTORNEY GENERAL
1594 W. North Temple, 3rd Floor
Salt Lake City, Utah 84116
Telephone: (801) 537-9801
kathydavis@agutah.gov
kaitlindavis@agutah.gov
jdeforest@agutah.gov

*Attorneys for Plaintiff State of Utah and Garfield County*

IN THE UNITED STATES JUDICIAL DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KANE COUNTY, UTAH (2), (3) and (4), a Utah political subdivision; and STATE OF UTAH,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant,<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, ET AL.,<br><br>Defendant-Intervenors, | **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**<br><br>**Case No. 2:10-cv-01073**<br><br>(consolidated with 2:11-cv-1031, 2:12-cv-476)<br><br>**Case No. 2:11-cv-01045**<br><br>Judge: Hon. Clark Waddoups |

The undersigned appears as counsel for Plaintiffs State of Utah and Garfield County in the above-captioned case. Under Rule 5 of the Federal Rules of Civil Procedure, all further notices and copies of pleadings, correspondence, papers, and other materials relevant to this action should be directed to and served on:

Jason L. DeForest
Assistant Attorney General
1594 W North Temple

Salt Lake City, Utah 84116
jdeforest@agutah.gov

RESPECTFULLY SUBMITTED this 13th day of February, 2026.

*/s/ Jason DeForest*
JASON DEFOREST
*Assistant Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of February, 2026, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF to be served on the parties through the Court's electronic filing system.

                                             */s/ Emily Lewis*
                                             Emily Lewis
                                             Legal Assistant